**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRIS ALFRED WITHAM, | ) NO. CV 15-7441-DDP (E) |
| Plaintiff, | ) |
| v. | ) |
| WARDEN FOX, et al., | ) JUDGMENT |
| Defendants. | ) |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: 11-20-18

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE